Bessie Fisher, appellee, v. Chappell Ice Cream Company, appellant. Gen. No. 33,766.

Opinion filed March 5, 1930.

McKenna & Harris, for appellant; James J. McKenna and Abraham W. Brussell, of counsel. H. H. Patterson, for appellee; Edmund C. Maurer, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

James E. Kennedy, appellee, v. Cowles Detergent Company, appellant. Gen. No. 33,798.

Opinion filed March 5, 1930.

Edward W. Rawlins, Myers & Snerly and H. C. Hoge, for appellant. Royal W. Irwin, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Citizens Trust & Savings Bank, appellee, v. Anne Blair et al., defendants, on appeal of Oliver F. Smith and Catherine C. Smith, appellants. Gen. No. 34,025.

Opinion filed March 5, 1930. Rehearing denied March 31, 1930.

Ossian Cameron and Edward H. S. Martin, for appellants. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Ben Rothbaum, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

Milwaukee-Western State Bank, appellant, v. Edmund G. Brust, appellee. Gen. No. 33,431.

Opinion filed March 5, 1930.

Deneen, Healy & Lee, for appellant; Harry W. Lippincott and Donald N. Schaffer, of counsel. Guerine & Brust, for appellee.

Mr. Justice Ryner delivered the opinion of the court.